PROB 35
(Rev. 5/01)

**Report and Order Terminating Probation/Supervised Release
Prior to Original Expiration Date**

# UNITED STATES DISTRICT COURT

FOR THE

## DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA

v.

Kevin Fields

Crim. No.   8:14CR00401

On _____September 9, 2013_____ the above named was placed on supervised release for a period of

__ten (10)__ years.  The supervised releasee has complied with the rules and regulations of supervised

release and is no longer in need of supervision.  It is accordingly recommended that the supervised releasee be

discharged from supervision.

Respectfully submitted,

*Harriette D. Washington*

*Sr. U.S. Probation Officer*

## ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision

and that the proceedings in the case be terminated.

Dated this __9th__ day of __December__, 20 __16__.

*Joseph F. Bataillon*
*Senior United States District Judge*